**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| MERCEDES CALLE,<br><br>Plaintiff,<br><br>v.<br><br>FROEDTERT HEALTH and FROEDTERT MEMORIAL LUTHERAN HOSPITAL INC.,<br><br>Defendants. | Case No. 26-CV-1044-JPS<br><br>**ORDER** |

Mercedes Calle ("Plaintiff") brought suit against Froedtert Health and Froedtert Memorial Lutheran Hospital ("Defendants") in June 2026. ECF No. 1. Now before the Court are Defendants' expedited motion to strike Plaintiff's incorrect proof of service, ECF No. 18; Defendants' motion to compel arbitration and stay the proceedings, ECF No. 20; and Plaintiff's expedited motion to correct Defendant's name, ECF No. 28.

Regarding Defendants' motion to compel arbitration, on October 29, 2026, Defendants filed a letter requesting that the Court withdraw the motion. ECF No. 29. The Court will grant this request and order the Clerk of the Court to terminate Defendants' motion at ECF No. 20.

On October 15, 2026, Plaintiff filed an expedited motion under Civil Local Rule 7(h) to correct Defendant Froedtert Health's name on the docket. ECF No. 28. Defendants do not oppose the motion. In Defendants' answer, Defendants state that the proper party's name is "Froedtert ThedaCare

Health, Inc.," who was formerly known as "Froedtert Health, Inc." ECF No. 19 at 2. Plaintiff requests that "Froedtert Health" be corrected to Froedtert ThedaCare Health, Inc., formerly known as Froedtert Health, Inc." ECF No. 28 at 1. The Court will grant this request and order the Clerk of the Court to change "Froedtert Health" to "Froedtert ThedaCare Health, Inc., formerly known as Froedtert Health, Inc." on the docket.

On September 17, 2026, Defendants filed an expedited motion to strike Plaintiff's original and amended proofs of service and to accept Defendants' own amended proof of service. ECF No. 18. Plaintiff has not opposed the motion. Plaintiff filed proof of service of process on September 9, 2026, stating that Defendants had been served on September 1, 2026. ECF Nos. 6, 7. Plaintiff then filed a notice of amended and corrected proofs of service on September 10, 2026. ECF No. 13.

Defendants claim that they were served with the summons and complaint on September 3, 2026, not September 1, 2026. ECF No. 18 at 2. They contacted the process server on September 11, 2026, and had him confirm the discrepancy and sign corrected proofs of service. ECF No. 16 at 2. They therefore ask the Court to accept the corrected proofs of service, ECF No. 16-2 at 3, 5, providing a date of service of September 3, 2026, and to strike Plaintiff's original and amended proofs of service listing a service date of September 1, 2026. ECF No. 18 at 2. Federal Rule of Civil Procedure 4(l)(3) provides that "the court may permit proof of service to be amended." After reviewing Defendant's motion, ECF No. 18, attached exhibit, ECF No. 16-1, and declaration of Defendant's counsel, ECF No. 16, the Court will grant Defendants' unopposed motion. The Court will consider September 3, 2026, as the correct date of service.

Accordingly,

**IT IS ORDERED** that Clerk of the Court terminate Defendants' motion to compel arbitration and stay proceedings, ECF No. 20;

**IT IS FURTHER ORDERED** that Plaintiff's motion to correct Defendant's name, ECF No. 28, be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of the Court correct Defendant "Froedtert Health" to "Froedtert ThedaCare Health, Inc., formerly known as Froedtert Health, Inc." on the docket;

**IT IS FURTHER ORDERED** that Defendants' motion to strike Plaintiff's incorrect proof of service and accept amended proof of service, ECF No. 18, be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the Clerk of the Court strike the portions of Plaintiff's proofs of service at ECF Nos. 6, 7, 13, that refer to the date of service as September 1, 2026.

Dated at Milwaukee, Wisconsin, this 10th day of November, 2026.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge